**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Terrance McCall, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-002285

———————

**ON WRIT OF CERTIORARI**

———————

Appeal From Spartanburg County
The Honorable Roger L. Couch, Circuit Court Judge

———————

Memorandum Opinion No. 2018-MO-005
Submitted January 16, 2018 – Filed February 7, 2018

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, and Tiffany Lorraine Butler, of Duff & Childs, LLC, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General Valerie Garcia Giovanoli, both of Columbia, for Respondent.

———————

**PER CURIAM:** We granted a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner Terrance McCall's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, HEARN, FEW and JAMES, JJ., concur. BEATTY, C.J., not participating.**